BROWN et al. v. LEVINGSTON. (No. 421.)

(Court of Civil Appeals of Texas. Beaumont. Nov. 29, 1918.)

APPEAL AND ERROR ⊜⟶627(2)—TIME FOR FILING TRANSCRIPT—ORDER REFUSING INJUNCTION.

Appeal from order refusing mandatory injunction will be dismissed; transcript not being filed in the Court of Civil Appeals within 15 days after entry of record of the order, as required by Vernon's Sayles' Ann. Civ. St. 1914, art. 4644.

Appeal from District Court, Orange County; W. T. Davis, Judge.

Suit by Mary D. Brown and others against S. W. Levingston. From an adverse order, plaintiffs appeal. Appeal dismissed.

Holland & Holland, of Orange, for appellants. J. B. Bisland, of Orange, for appellee.

KING, J. This is an appeal from an order of the district judge for the First judicial district, entered in chambers, on the 25th day of June, 1918, refusing a mandatory injunction.

The transcript was filed in this court on the 12th day of July, 1918, more than 15 days after the entry of record of such order. It follows, therefore, that this court is without jurisdiction, under article 4644, Vernon's Sayles' Civil Statutes, and the appeal is accordingly dismissed.

---

⊜⟶For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes